VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Avenue
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT GONZALEZ,<br>DARIAN HATCHER and<br>CHARLIE STEVENSON,<br><br>    Defendants. | CASE NO. 1:16-CR-00187 DAD-BAM<br><br>**STIPULATION AND ORDER TO VACATE CURRENT TRIAL DATE AND SET NEW TRIAL DATE**<br><br>Hon. Dale A. Drozd |

      Defendants Robert Gonzalez, Darian Hatcher and Charlie Stevenson, through their undersigned counsel, hereby request that current trial date of April 9, 2019 be vacated and a new trial date be set for December 3, 2019.

      This continuance is necessary to permit defense counsel Virna L. Santos, recently appointed in this case and Mr. Gonzalez's third appointed counsel, to review voluminous discovery as well as conduct defense investigation necessary to engage in potential plea

negotiations and prepare for trial.  Specifically, at the time of her appointment on November 13, 2018, Attorney Santos informed the court that she had multiple immediate conflicts that would prevent her from fully focusing on this matter: 1) a state attempted murder trial that was in progress at the time of her appointment; and 2) preparation for a complex sentencing hearing initially set for December 17, 2018, twice postponed and that finally ended on February 4, 2019.  Attorney Santos has argued motions in this matter but needs additional time to pursue investigative leads regarding potential defenses.  In conferring with co-defendants' counsel, the requested date of December 3, 2019 is the only available date that their trial schedules. Counsel also stipulate to a pretrial motions hearing date of October 21, 2019.

Undersigned counsel has corresponded with AUSA Kimberly A. Sanchez, who has no objection to the new trial date of December 3, 2019.

The parties also agree that the delays resulting from the continuance shall be excluded for defense investigation, continuity of counsel and trial preparation in the interest of justice pursuant to 18 USC §3161(h)(7)(A) and §3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

DATED:  February 12, 2019                    Respectfully Submitted,

/s/_Virna L. Santos_____
VIRNA L. SANTOS
Counsel for Robert Gonzalez

/s/_ Michael W. Berdinella_____
MICHAEL BERDINELLA
Counsel for Darian Hatcher

/s/  Daniel Harralson_____
DANIEL HARRALSON
Counsel for Charlie Stevenson

DATED: February 12, 2019         /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant U.S. Attorney

**ORDER**

The trial currently set for April 9, 2019 and trial confirmation hearing set for March 25, 2019 are hereby VACATED. As stipulated by the parties, a new trial date is set for December 3, 2019 at 1:00p.m. A pretrial motions hearing date is set for October 21, 2019 at 10:00a.m. and a trial confirmation hearing set for 11/18/2019 at 10:00a.m. Time shall be excluded for defense investigation, continuity of counsel and trial preparation in the interest of justice pursuant to 18 USC §3161 (h)(7)(A) and §3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **February 13, 2019**         _____
                                       UNITED STATES DISTRICT JUDGE