**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ROBERT GONZALEZ,

        Defendant.

_____/

Case No. 1:16-CR-0187 DAD BAM

ORDER FOR PSYCHIATRIC OR
PSYCHOLOGICAL EXAMINATION
PURSUANT TO 18 U.S.C. §4241(b) AND
EXCLUSION OF TIME

On May 17, 2019, counsel for Defendant Robert Gonzalez filed a motion for the court to address Defendant's medical issues. The motion was filed under seal pursuant to court order. (ECF No. 105 and 106.) The motion attached a psychological preliminary report which counsel had arranged. In the motion, counsel represented her concern that her client lacks the present ability to consult with counsel in a meaningful way and that Defendant is unable to assist properly in his defense. In the psychological preliminary report, the reviewing psychologist opined that Defendant Gonzalez' current mental status negatively affects his judgment, impulse control, and insight. On May 21, 2019, the Court held a hearing and construed the motion and preliminary report as one to determine whether to commit Defendant for examination.

    The Court finds that once the Court is presented with representations which form reasonable cause to believe the defendant lacks the mental fitness to proceed, whether by motion, by facts coming before it, or through its own observations, the Court is mandated to order a psychiatric or psychological exam. *See generally Chavez v. United States*, 656 F.2d 512, 516-18 (9th Cir.1981).

Based upon counsel's sealed motion, the sealed psychological preliminary report, and the conduct at the hearing, the Court has reasonable cause to believe Defendant lacks the mental fitness to proceed and assist properly in his defense.

THEREFORE, IT IS ORDERED that pursuant to 18 U.S.C. §4241(b), a psychiatric or psychological examination of Defendant Robert Gonzalez be conducted and that a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. §4247(b) and (c). It is further ORDERED that defendant is committed to the custody of the Attorney General, and the United States Marshal's Service is directed to transfer Defendant to a suitable facility for examination. The Court recommends a suitable facility within reasonable proximity to this District.

The Court orders this entire period of time be deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).


IT IS SO ORDERED.

Dated:   **May 21, 2019**          ___/s/ *Barbara A. McAuliffe*___
                                   UNITED STATES MAGISTRATE JUDGE