VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Avenue
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT GONZALEZ,<br><br>                Defendant. | CASE NO. 1:16-CR-00187 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Hon. Dale A. Drodz |

     Defendant Robert Gonzalez, through his undersigned counsel, hereby requests that current status conference on competence issues currently set for December 16, 2019 be continued to January 15, 2020 at 10:00 a.m.

     This continuance is necessary to complete the court-ordered psychiatric evaluation. The evaluation process is ongoing but requires additional diagnostic tests that will not be completed before the currently set status conference.

1

Undersigned counsel has corresponded with AUSA Kimberly A. Sanchez, who has no objection to the status conference date of January 15, 2020 at 10:00 a.m.

The parties also agree that the delays resulting from the continuance shall be excluded for defense investigation, continuity of counsel and trial preparation and completion of the court-ordered psychiatric evaluation in the interest of justice pursuant to 18 USC §3161 (h)(7)(A) and §3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

DATED: December 10, 2019                    Respectfully Submitted,

/s/ Virna L. Santos
VIRNA L. SANTOS
Counsel for Robert Gonzalez

DATED: December 10, 2019                    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

**ORDER**

The status conference set for December 16, 2019 is hereby CONTINUED to January 15, 2020 at 10:00. Time shall be excluded for defense investigation, continuity of counsel and trial preparation and completion of the court-ordered psychiatric evaluation in the interest of justice pursuant to 18 USC §3161 (h)(7)(A) and §3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **December 11, 2019**                    _____
UNITED STATES DISTRICT JUDGE