VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ROBERT GONZALEZ,<br><br>                Defendant. | CASE NO. 1:16-CR-00187 DAD<br><br>ORDER RE: DEFENDANT ROBERT GONZALEZ'S REQUEST FOR LEAVE TO FILE DOCUMENT UNDER SEAL |

This matter is before the Court on the request of defendant Roberto Gonzalez to file under seal his request to address medical issues and supporting exhibit. Based on the sensitive medical issues addressed in the defendant's request, it is appropriate that it be filed under seal. Accordingly, the defendant's sealing request is GRANTED. Defendant's motion and exhibit shall be filed under seal.

IT IS SO ORDERED.

Dated: **January 15, 2020**　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE