McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00187 DAD |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING |
| v. | |
| ROBERT GONZALEZ, | |
| Defendant. | |

    The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Virna Santos, attorney for Defendant have stipulated to an extension of time for supplemental briefing from March 23, 2020 until March 26, 2020. Due to issues arising from the COVID-19 epidemic, the government needs additional time to prepare a filing. The government contacted defense counsel, who has no objection to extending the time to submit any supplemental briefing to March 26, 2020.

    The parties further request the Court to enter an Order finding that the "ends of justice" served by a extension outweigh the interest of the public and the defendant in a speedy trial, and that the delay through decision on Defendant's motion to determine competency is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Stipulation      1

| | | |
|---|---|---|
| Dated: March 23, 2020 | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | By | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| Dated: March 23, 2020 | | /s/ Virna Santos<br>VIRNA SANTOS<br>Attorney for Defendant |

It is Ordered that the parties may file supplemental briefing on or before March 26, 2020.

IT IS SO ORDERED.

Dated: __**March 24, 2020**__    _____
UNITED STATES DISTRICT JUDGE