VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT GONZALEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:16-CR-00187 DAD<br><br>ORDER RE: DEFENDANT ROBERT GONZALEZ'S REQUEST FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

　　　This matter is before the Court on the request of defendant Roberto Gonzalez to file under seal:

　　　1. Forensic Nurse Katherine Moreno Opinion dated July 30, 2020 and curriculum vitae (Exhibit 9);

　　　2. Defendant Robert Gonzalez's Medical Records from Fresno County Jail (Exhibit 9A) and

　　　3. Body Max Index Calculation for Robert Gonzalez (Exhibit 9B).

　　　Based on the sensitive medical issues contained in the confidential medical information

1

contained in these exhibits, it is appropriate that it be filed under seal. Accordingly, the defendant's sealing request is GRANTED.  Defendant's motion and exhibits shall be filed under seal.

IT IS SO ORDERED.

Dated:  __August 4, 2020__               /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE