VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GONZALEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:16-CR-00187 DAD<br><br>ORDER RE:<br>DEFENDANT ROBERT GONZALEZ'S<br>REQUEST FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL |

   This matter is before the Court on the request of defendant Roberto Gonzalez to file under seal:

   **Exhibit 1**-Robert Gonzalez's Fresno County Jail medical records from March 10, 2021 to July 8, 2021.

   Based on the sensitive medical issues contained in the confidential medical information contained in these exhibits, it is appropriate that it be filed under seal. Accordingly, the

///

1

defendant's sealing request is GRANTED.  Defendant's motion and exhibit shall be filed under seal.

    IT IS SO ORDERED.

Dated: __September 30, 2021__ _Dale A. Drozd_
                                   UNITED STATES DISTRICT JUDGE