UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00187-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO THE FEDERAL DEFENDER'S OFFICE |
| ROBERT GONZALEZ, | |
| Defendant. | (ECF No. 279) |

On June 23, 2021, Defendant Robert Gonzalez was sentenced in this action. (ECF No. 256.) On December 6, 2022, Defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (ECF No. 279.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent Defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to Defendant's *pro se* motion or to notify the Court and the government that it does not intend to file a supplement. Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

/////

1

The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated: <u>  December 11, 2022  </u>

UNITED STATES DISTRICT JUDGE

2