UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00187-1-ADA |
| Plaintiff, | ORDER APPOINTING DEFENDANT COUNSEL |
| v. | |
| ROBERT GONZALEZ, | |
| Defendant. | |

On December 6, 2022, Defendant Robert Gonzalez ("Defendant") filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 279.)

Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel and wishes the appointment of counsel to represent him in the instant motion for compassionate release.  Therefore, in the interests of justice and pursuant to the Sixth Amendment of the United States Constitution and 18 U.S.C. § 3006A, the Court orders Brian C. McComas to represent Defendant effective *nunc pro tunc* to December 19, 2022, substituting the Federal Defenders Office appointed per G.O. 595.  This appointment shall remain in effect until further order of this Court.

///

///

1

Accordingly,

1. Brian C. McComas is appointed as Defendant Robert Gonzalez's counsel for the motion for compassionate release, (ECF No. 279).

IT IS SO ORDERED.

Dated:   December 19, 2022

_____
UNITED STATES DISTRICT JUDGE