BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Petitioner- Defendant
ROBERT GONZALEZ

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Respondent,<br><br>　vs.<br><br>ROBERT GONZALEZ.,<br><br>　　　　Defendant - Petitioner. | Case No.   1:16-CR-00187-JLT-BAM<br><br>**STIPULATION AND [PROPOSED]　ORDER REGARDING SECOND REQUEST TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE** |

## STIPULATION

## BACKGROUND

1. Defendant Robert Gonzalez filed a *pro per* motion for reduction in sentence and compassionate release on December 6, 2022. Doc #279. On December 12, 2022, the Court appointed the Federal Defender's Office and ordered that Office file a supplement to Defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement. Doc #280.

2.  The undersigned counsel was appointed for defendant on December 19, 2022 (*nunc pro tunc* to December 19, 2022). Docket No. #281. Counsel has obtained one extension of time to evaluate the case. Counsel is in the process of reviewing records recently provided by the BOP and former counsel, as well as, conferring with witnesses as necessary to determine whether supplementation is needed. Counsel for Mr. Gonzalez hopes to revise the briefing schedule by way of stipulation. Counsel for respondent does not oppose this request.

3.  The parties agree that counsel for Gonzalez will comply with the Court's scheduling order by May 18, 2023. Counsel for respondent will file an opposition by June 18, 2023. An optional reply will be filed July 3, 2023.

**IT IS SO STIPULATED:**

DATED: March 27, 2023              KIMBERLY A. SANCHEZ
                                   United States Attorney
                                   */s/ Kimberly A. Sanchez*
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

DATED: March 27, 2023              */s/ B.C. McComas*
                                   BRIAN C. McCOMAS

                                   ATTORNEY FOR DEFENDANT
                                   ROBERT GONZALEZ

**ORDER**

The above stipulation is approved.

IT IS SO ORDERED.

Dated:  **March 28, 2023**                    *Jennifer L. Thurston*
                                              UNITED STATES DISTRICT JUDGE