1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9

10                     IN THE UNITED STATES DISTRICT COURT

11                        EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,              CASE NO. 1:16-CR-00187-ADA

15                     Plaintiff,           STIPULATION TO EXTEND TIME FOR
                                            GOVERNMENT'S OPPOSITION TO
16           v.                             DEFENDANT'S 3582 MOTION

17  ROBERT GONZALEZ,

18                     Defendant.

19

20      The United States, through Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez,

21 Assistant U.S. Attorney and defense counsel stipulate to extend the time for the government to file an

22 opposition to the defendant's 3582 Motion from June 18, 2023 until August 1, 2023. This is the first

23 extension the government has requested. Due to a number of circumstances, mainly because of the delay

24 recent server issues has caused in finishing this opposition in conjunction with a pre-planned period in which

25 undersigned counsel will be out of the office for 2 weeks in early July, the government needs the requested

26 additional time to complete and file its opposition. Defense counsel has no objection to an extension until

27 August 1, 2023. While the defense does not object to the extension, defense counsel does not want such

28 nonopposition to suggest any lack of concern over the serious medical issues defense briefs in its motion. As

        Stipulation                        1

such the government requests the Court issue an Order extending its due date for its opposition to August 1, 2023.

Dated: June 15, 2023                                            Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated:  June 15, 2023                                           /s/ Brian McComas
BRIAN McCOMAS
Attorney for Robert Gonzalez

It is Ordered that the Government may file its opposition on or before August 1, 2023, and that all other dates remain the same.

IT IS SO ORDERED.

Dated:   **June 20, 2023**

UNITED STATES DISTRICT JUDGE

Stipulation                                                             2