BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant-Petitioner
ROBERT GONZALEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff - Respondent;

v.

ROBERT GONZALEZ

    Defendant - Petitioner

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:16-cr-00187-JLT-BAM-1

**MOTION TO TERMINATE CJA APPOINTMENT OF BRIAN MCCOMAS AS ATTORNEY OF RECORD AND [P~~ROPOSE~~D ORDER]**

    On October 31, 2016, Mr. Gonzalez was charged with conspiracy to distribute methamphetamine (50 grams or more) in violation of 21 U.S.C. section 846 and 841(a). Doc #1. On November 17, 2016, an indictment was unsealed charging Mr. Gonzalez and two co-defendants with conspiracy; three counts of distribution of methamphetamine in violation of section 841(a)(1); and one count of possession with intent to distribute in violation of section 841(a)(1). Doc #26.

    On October 12, 2021, he was sentenced, as to Count 1 of the indictment, to the custody of the Bureau of Prisons for 153 months; special assessment $100.00; fine waived; supervised release 60 months; 500-hour Bureau of Prisons substance abuse treatment program; and Count(s) 2, 4, 6, and 8 were dismissed. Doc #266.

    On December 6, 2022, Mr. Gonzalez moved for compassionate release. Doc #279. The

1 undersigned counsel was appointed.  Doc #281.  This supplement to the *pro per* motion was
2 submitted in accordance with the Court's order.  Doc #286.  On January 12, 2024, the Court
3 denied the motion.  Doc #303.

4     Given that Counsel's services are complete, the undersigned moves to be relieved under
5 the CJA.

6     Dated: February 27, 2024                    Respectfully submitted,

7                                                    /s/ *B.C. McComas*

8                                                    BRIAN C. McCOMAS

9                                                    Attorney for ROBERT GONZALEZ

10                                    **[~~PROPOSED~~] ORDER**

11     Having reviewed the notice and found that attorney Brian McComas has completed the
12 services for which he was appointed, the Court hereby grants attorney Brian McComas's
13 request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further
14 legal assistance, Defendant is advised to contact the Office of the Federal Defender for the
15 Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone
16 number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate,
17 the office will arrange for the reappointment of counsel to assist Defendant.

18     The Clerk of Court is directed to serve a copy of this order on Defendant Robert
19 Gonzalez at the following address and to update the docket to reflect Defendant's pro se status
20 and contact information.

21 Robert Gonzalez # 69614-097
FCI VICTORVILLE MEDIUM II
22 PO BOX 3850
ADELANTO, CA  92301.
23

IT IS SO ORDERED
24

Dated: February 28, 2024                              *[signature: Jennifer L. Thurston]*
25                                           UNITED STATES DISTRICT JUDGE

26

27

28